**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Keith Petrosemolo,<br><br>             Plaintiff,<br>    v.<br><br>Wells Fargo Bank, N.A.; and DOES 1-10, inclusive,<br><br>             Defendants. | Civil Action No.: 3:17-cv-00494-PGS-DEA |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 28, 2017

Respectfully submitted,

By: /s/ Sofia Balile

Sofia Balile, Esq.
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Phone: (917) 981-0849
Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sofia Balile

      Sofia Balile