UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Keith Petrosemolo,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Wells Fargo Bank, N.A.; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Civil Action No.: 3:17-cv-00494-PGS-DEA |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Keith Petrosemolo

__/s/ Sofia Balile_____

Sofia Balile, Esq.
NJ Bar No. 01093
LEMBERG LAW LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Tel: (203) 653-2250
Email: sbalile@lemberglaw.com
Attorney for Plaintiff

Wells Fargo Bank, N.A.

__/s/ Divya S. Gupta_____

Divya S. Gupta, Esq.
DORSEY & WHITNEY LLP
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626
Tel: (714) 800-1493
Email: gupta.divya@dorsey.com
Attorney for Defendant

SO ORDERED

SO ORDERED: [signature]
DATED:　　8/30/17